UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA Division

**CIVIL RIGHTS COMPLAINT FORM**

Isom Calvin Wright
Book-in-Number-16-47055

(Enter full name of each Plaintiff and prison number, if applicable)

CASE NUMBER: 8:17cv1015T17JSS
(To be supplied by Clerk's Office)

v.

Sheriff Grady Judd
Polk County Jail, Bartow, Fla.

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: Polk County Jail, 2390
(Indicate the name and location)
Bob Phillips Rd. Bartow, Fla. 33830

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]



2002 © American LegalNet, Inc.

I.C.W.

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (✓)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

3. Were you denied emergency status? Yes ( ) No (✓)

   a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (✓)



2002 © American LegalNet, Inc.

b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (✓)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. Formal Grievance (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (✓)

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (✓)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 26 day of April, 20 17.

Isom Wright
Signature of Plaintiff



2002 © American LegalNet, Inc

III. DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes (✓) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

1. What steps did you take? Requests & Grievances Procedure

2. What were the results? ON Feb. 27, 2017 & MAR. 1, 2017 Dr. Gonzalez came to see Plaintiff concerning request & grievance being a trustee Attempt Exhaust remedies

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: NO response to request NOR to Grievance

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 26 day of April, 20 17.

Dason Wright
Signature of Plaintiff



2002 © American LegalNet, Inc.

IV. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

Plaintiff(s): Isom Calvin Wright

Defendant(s): Sheriff Grady Judd

2. Court (if federal court, name the district; if state court, name the county):

United State District Court - Tampa Division

3. Docket Number: 8:17-CV-176-T-33JSS

4. Name of judge: Virginia M. Hernandez Covington

5. Briefly describe the facts and basis of the lawsuit: Violation of Americans with Disabilities Act (ADA), Denail of Trustee Gaintime due to Plaintiff Disabilities

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

Plaintiff Claims Are inappropriately Raised in A 28 U.S.C §2254 Petition For writ of Habeas Corpus is dismiss without Prejudice

7. Approximate filing date: On or about Jan. 26, 2017

8. Approximate disposition date: On or about April 11, 2017



2002 © American LegalNet, Inc.

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

NO

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Isom Calvin Wright

Mailing address: 2390 Bob Phillips Rd Barlow, FLA. 33830

B. Additional Plaintiffs:

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Sheriff Grady Judd

Mailing Address: Polk County Sheriff Office, 1891 Jim Keene Blvd., Winter Havens, FLA. 33880

Position: Sheriff

Employed at: Polk County Sheriff Office

D. Defendant: NONE

Mailing Address: // N/A

// N/A

Position: // N/A

Employed at: // N/A

E. Defendant: // N/A

Mailing Address: // N/A

// N/A

Position: // N/A

Employed at: // N/A

F. Defendant: // N/A

Mailing Address: // N/A

// N/A

Position: // N/A

Employed at: // N/A

G. Defendant: // N/A

Mailing Address: // N/A

// N/A

Position: // N/A

Employed at: // N/A



2002 © American LegalNet, Inc.

VI. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Violation of the Americans With Disability Act (ADA)

VII. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

1. Sheriff Grady Judd - Sheriff of Polk County (Jail)
2. On or about Jan. 25, 2017
3. Polk County Jail
4. Denial of Trustee Gaintime by Violation of the Americans With Disabilities Act (ADA)
5. Plaintiff is being Denial and being cause to serve A longer Sentence because Plaintiff is being discrimated against because of Plaintiff disabilities



2002 © American LegalNet, Inc.

Statement of Facts, continued:

(1) The Plaintiff Asks Federal court to Accept Jurisdiction based on the conflict between to 10th Circuit Polk County Florida And fees it has to Polk County Jail

(2) Plaintiff was charged w/ ct#1: Resist/Ofc/w/o Violence, ct#2: Poss of Cocaine, ct.#3 Mis. Poss of Cannabis, ct#4 use or Poss. of Pareph.

(3) On 12/12/16 Plaintiff was sentenced to 300 days County Jail For ct(s) 1,3,4 w/credit For 3 days time served.

(4) Shortly After time of sentencing medical department declared Plaintiff unfit to work Trustee status due to Plaintiff disabilities to his use of A CANE (because of severe Arthritis)

(5) Because of Plaintiff disabilities, Plaintiff has been denied his Trustee Gain Time of 5 days A month For A total of 50 days The Plaintiff Argues that Sheriff Grady Judd And Polk County Jail has constituted this denial of Trustee gaintime based on their medical Departmen Ruling that Plaintiff cannot work due to physical And mental limitations. Sheriff Grady Judd have And Polk County Jail violated Inmates Right For years causing them to serve longer sentences than what they should have had to serve. This why the Plaintiff is filing this Civil Right complaint And Pray that the Honorable Federal Court will Accept jurisdiction And Rule in the Plaintiff Favor based on the Facts And Exhibits And Order Sheriff Grady Judd And Polk County Jail to award these 50 days thus allowing Plaintiff Release From custody on June 14, 2017 or monetary damage of $2,000 Per DAY For EVERY DAY served over Time of Release Date.



2002 © American LegalNet, Inc.

VIII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Accept jurisdiction And Rule in the Plaintiff Favor based ON Facts And Exhibits And Order Sheriff Grady Judd & Polk County Jail to Award these (50) days Trustee Gaintime thus Allowing him his Release From Custody ON or about the 14 of JUNE, 2017 OR Order Sheriff Grady Judd And Polk County Jail PAY A Monetary damage of $2,000 Per day For Everyday Served ON the 50 days Trustee Gaintime, All based ON (A D A)

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 26 day of April, 20 17.

Isom Wright

(Signatures of all Plaintiffs)



2002 © American LegalNet, Inc.